**848**

In the Matter of the Application of St. George Textile Corp. to Vacate the Award Made in the Arbitration Proceedings between Ben Greenholtz, Appellant, and St. George Textile Corp., Respondent, under an Agreement to Submit to Arbitration Dated July 29, 1937.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

Constance Gallo, as Ancillary Administratrix, etc., of Paul Gallo, Deceased, Appellant, v. Zag Realty Corporation and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to reverse and grant a new trial.

John Farrington, Appellant, v. Harlem Savings Bank, Respondent.— Judgment affirmed, with costs. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to reverse and grant a new trial, on the authority of Landau v. Hertz Drivurself Stations, Inc., (237 App. Div. 141).

City Bank Farmers Trust Company, Individually and as Successor Trustee under Deed of Trust Made by Caroline P. Ford, Dated November 21, 1925, and Others, Respondents, v. American Security and Trust Company, as Ancillary Executor, etc., of Caroline P. Ford, Deceased, Appellant, Alicia C. Hubbard and Others, Defendants, and Frank F. Bunker, as Trustee, etc., Appellant. (Action No. 1.) City Bank Farmers Trust Company, Individually and as Successor Trustee under Deed of Trust Made by Katherine E. Hubbard (Now Deceased), Dated November 21, 1925, and Others, Respondents, v. American Security and Trust Company, as Ancillary Executor, etc., of Caroline P. Ford, Deceased, Appellant, and Richard W. Hynson and Another, as Executors, etc., of Katherine E. Hubbard, Deceased, Defendants, and Frank F. Bunker, as Trustee, etc., Appellant. (Action No. 2.) — Judgments unanimously affirmed, with costs. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

The People of the State of New York ex rel. 960 Fifth Avenue Corporation, Respondent, v. James J. Sexton and Others, Constituting the Board of Taxes and Assessments of the City of New York, Appellants. (Taxes Year 1932.) The People of the State of New York ex rel. 960 Fifth Avenue Corporation, Respondent, v. James J. Sexton and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes Year 1933.) The People of the State of New York ex rel. 960 Fifth Avenue Corporation, Respondent, v. William Stanley Miller and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes Year 1935.) The People of the State of New York ex rel. 960 Fifth Avenue Corporation, Respondent, v. William Stanley Miller and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes Year 1936.) — Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

Estelle Halecki and Teofil Halecki, Respondents, v. B. F. Keith Corporation, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.; O'Malley and Cohn, JJ., dissent and vote for affirmance.